RECEIVED

DEC 1 1 2025

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
_____DIVISION

Plaintiff(s), *Blasko, Kylee, J*

v.

*Toyota Motor Manufacturing missouri INC.*

Defendant(s).  (Enter above the full name(s)
of all defendants in this lawsuit. Please
attach additional sheets if necessary.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

# 4:25-cv-01806

_____
(to be assigned by Clerk of District Court)

JURY TRIAL DEMANDED

YES ☒    NO ☐

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.      This employment discrimination lawsuit is based on (check only those that apply):

☒    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for
employment discrimination on the basis of race, color, religion, gender, or national origin.
**NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain
a right-to-sue letter from the Equal Employment Opportunity Commission.*

____    Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for
employment discrimination on the basis of age (age 40 or older).
**NOTE**: *In order to bring suit in federal district court under the Age Discrimination in
Employment Act, you must first file charges with the Equal Employment Opportunity
Commission.*

☒    Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*,
for employment discrimination on the basis of disability.
**NOTE**: *In order to bring suit in federal district court under the Americans with
Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment
Opportunity Commission.*

____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

____ Other (Describe)

## PARTIES

2.  Plaintiff's name: _Kylee James Blasko_

Plaintiff's address: _3608 Woodchuck dr._
Street address or P.O. Box

_Foristell MO 63348_
City/ County/ State/Zip Code

_314-532-7523_
Area code and telephone number

3.  Defendant's name: _Toyota Motor Manufacturing Missouri_

Defendant's address: _120 S Central Ave._
Street address or P.O. Box

_St. Louis Clayton MO 63105_
City/County/State/ Zip Code

_314-863-5545_
Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

2

4.      If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

_____

(Street Address)             (City/County)             (State)   (Zip Code)

5.      When did the discrimination occur?  Please give the date or time period:

_October 2024 through April 2025_

## ADMINISTRATIVE PROCEDURES

6.      Did you file a charge of discrimination against the defendant(s) with the Missouri

Commission on Human Rights?

☐ Yes      Date filed: _____

☐ No

7.      Did you file a charge of discrimination against the defendant(s) with the Equal

Employment Opportunity Commission or other federal agency?

☒ Yes    Date filed: ___9-19-2025___

☐ No

8.      Have you received a Notice of Right-to-Sue Letter?

☒ Yes                            ☐ No

If yes, please attach a copy of the letter to this complaint.

9.      If you are claiming age discrimination, check one of the following:

_____60 days or more have passed since I filed my charge of age discrimination with the

Equal Employment Opportunity Commission.

_____fewer than 60 days have passed since I filed my charge of age discrimination with the

Equal Employment Opportunity Commission.

## NATURE OF THE CASE

10.    The conduct complained of in this lawsuit involves (check only those that apply):

_____ failure to hire me

_____ termination of my employment

_____ failure to promote me

__X__ failure to accommodate my disability

_____ terms and conditions of my employment differ from those of similar employees

__X__ retaliation

__X__ harassment

_____ other conduct (specify):

Did you complain about this same conduct in your charge of discrimination?

__X__ Yes                          _____ No

4

11.    I believe that I was discriminated against because of my (check all that apply):

_____ race

_____ religion

_____ national origin

_____ color

__X__ gender

__X__ disability

_____ age (birth year is: _____)

__X__ other: *Retaliation*

Did you state the same reason(s) in your charge of discrimination?

__X__ Yes                              _____ No

12.    State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful.  It is not necessary to make legal arguments, or to cite cases or statutes.

I was subject to multiple physical unwanted & sexual harrassment by my team Lead @ Toyota with no immediate action taken after months of Reporting to management and several Reports to Human Resources,

(Continue to page 6, if additional space is needed.)

13.    The acts set forth in paragraph 12 of this complaint:

☐ are still being committed by the defendant.

☒ are no longer being committed by the defendant.

☐ may still be being committed by the defendant.

## REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you.  Make no legal arguments; cite no cases or statutes. I want the courts to hold my employer accountable for treating me unfairly, also provide relief for the harm I have suffered and ensure resonable workplace Accomodations. To prevent this from happening to others.

14.    Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _11_ day of _December_, 20_25_.

Signature of Plaintiff _____

8